DATE: February 7, 2023

The following cases in which the Court of Appeals issued published opinions have been appealed to the Supreme Court:

1. *Jason Sam Harris*
   v. *Commonwealth of Virginia*
   Record No. 1174-21-4
   Opinion rendered by Judge Lorish on
   September 27, 2022

2. *Jason Harris, s/k/a, etc.*
   v. *Commonwealth of Virginia*
   Record No. 1372-21-4
   Opinion rendered by Judge Lorish on
   September 27, 2022

3. *Eric Marvin Laney*
   v. *Commonwealth of Virginia*
   Record No. 0833-21-2
   Opinion rendered by Judge O'Brien on
   December 6, 2022

4. *William Gary Shahan*
   v. *Commonwealth of Virginia*
   Record No. 1098-21-1
   Opinion rendered by Judge Humphreys on
   December 13, 2022

5. *Jill Ruderman*
   v. *Kathy Pritchard*
   Record No. 0024-22-2
   Opinion rendered by Chief Judge Decker on
   December 20, 2022

The following cases in which the Court of Appeals issued published opinions have been disposed of by the Supreme Court:

1. *Anita Shana-Nicole Simms*
   v. *Alexandria Department of Community and Human Services*
   Record No. 0479-214
   Opinion rendered by Judge Lorish
     on April 5, 2022
   Refused (220318)

2. *Timothy James Suhay*
   v. *Commonwealth of Virginia*
   Record No. 0664-21-3
   Opinion rendered by Judge Callins
     on July 19, 2022
   Refused (220494)